**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Philip A. Brimmer**

Civil Case No. 09-cv-01467-PAB-KMT

COLORADO DOORWAYS, INC.,

    Plaintiff,

v.

MULTI-FAMILY BUILDING PRODUCTS, INC.,

    Defendant.
_____

**ORDER OF DISMISSAL WITHOUT PREJUDICE**
_____

    THIS MATTER comes before the Court upon plaintiff's Notice of Withdrawal of Unopposed Motion for Entry of Stipulated Permanent Injunction and Dismissal of Claims [Docket No. 9] and Motion for Dismissal of Claims [Docket No. 10].  The Court has reviewed the pleadings and is fully advised in the premises.  It is

    **ORDERED** that the Withdrawal of Unopposed Motion for Entry of Stipulated Permanent Injunction and Dismissal of Claims [Docket No. 9] and the Motion for Dismissal of Claims [Docket No. 10] are granted.  It is further

    **ORDERED** that plaintiff's Motion for Entry of Stipulated Permanent Injunction and Dismissal of Claims [Docket No. 7] is withdrawn.  It is further

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims asserted therein, is dismissed without prejudice, with each party to bear its own attorneys' fees and costs.

DATED September 17, 2009.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge
